IN RE: REGULATIONS of
THE BOARD of LAW EXAMINERS

Supreme Court of Arkansas
Opinion delivered May 25, 2006

PER CURIAM. At the request of the Board of Law Examiners, we amend Regulation 4 to read as follows:

4. The character questionnaire required by this rule shall bear the original signature of the applicant.